IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 05-00753 WHA |
| Plaintiff, | |
| v. | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| 1.  2004 LAMBORGHINI GALLARDO VIN ZHWGU11M34LA00860, | |
| 2.  2004 MERCEDES BENZ G55, VIN WDCYR46E84X147340, | |
| 3.  2004 MERCEDES BENZ S500, VIN WDBNG75J34425979, | |
| 4.  2005 FLEETWOOD STORM RV, VIN 1F6NF53S240A05854, | |
| 5.  $250,000 CASHIER'S CHECK, AND | |
| 6.  8 ITEMS OF JEWELRY, | |
| Defendants. / | |
| NANSI MASIHI DANILOO, | |
| Claimant. / | |

In light of the status report filed on September 29, 2005, the case management conference, currently scheduled for **OCTOBER 13, 2005 AT 11:00 A.M.**, is continued until **DECEMBER 15, 2005 AT 11:00 A.M.** The parties are directed to submit another joint status

1  report describing the status of any related pending criminal investigation and/or proceedings by
2  December 1, 2005.

4  **IT IS SO ORDERED.**

6  Dated:  September 30, 2005

                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California