IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>1.  2004 LAMBORGHINI GALLARDO VIN ZHWGU11M34LA00860,<br><br>2.  2004 MERCEDES BENZ G55, VIN WDCYR46E84X147340,<br><br>3.  2004 MERCEDES BENZ S500, VIN WDBNG75J34425979,<br><br>4.  2005 FLEETWOOD STORM RV, VIN 1F6NF53S240A05854,<br><br>5.  $250,000 CASHIER'S CHECK, AND<br><br>6.  8 ITEMS OF JEWELRY,<br><br>    Defendants.<br>                                               / | No. C 05-00753 WHA<br><br>**ORDER DENYING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |

      Good cause not shown, the Court **DENIES** defendant Daniloo's request to continue the case management conference for sixty days.  Counsel shall please personally appear for the case management conference set for **DECEMBER 15, 2005**, at **11:00 A.M.**

      **IT IS SO ORDERED.**

Dated:  December 1, 2005.

                                                                 WILLIAM ALSUP<br>
                                                                 UNITED STATES DISTRICT JUDGE